176 P.3d 690

**STATE of Arizona**

v.

**Hon. Howard FELL/Angela Frye.**

**No. CV–07–0389–PR.**

Supreme Court of Arizona.

Feb. 12, 2008.

¶ 1. ORDERED: Petition for Review of a Special Action Decision of the Court of Appeals (Oral Argument Requested) = DENIED.

¶ 2. FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

■

176 P.3d 690

**STATE of Arizona**

v.

**Zachary Samuel EGGERS.**

**No. CR–07–0320–PR.**

Supreme Court of Arizona.

Feb. 12, 2008.

¶ 1. ORDERED: Petition for Review = DENIED.

¶ 2. FURTHER ORDERED: The State of Arizona's Cross–Petition for Review = DENIED.

¶ 3. FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.